UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL ACTION NO. _____

*ELECTRONICALLY FILED*

| | |
|---|---|
| WILLADEAN MOORE | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| SERVE:  United States Attorney | ) |
|             Eastern District of Kentucky | ) |
|             260 W. Vine Street, Suite 300 | ) |
|             Lexington, KY 40507 | ) |
| | ) |
|             Attorney General of the United States | ) |
|             U.S. Department of Justice | ) |
|             950 Pennsylvania Avenue, NW | ) |
|             Washington, DC 20530-0001 | ) |
| | ) |
| DEFENDANT | ) |

## COMPLAINT

Comes the Plaintiff, Willadean Moore ("Plaintiff" or "Ms. Moore"), by and through counsel, and for her Complaint against the Defendant, United States of America (the "United States" or the "Defendant"), hereby states as follows:

### PRELIMINARY STATEMENT

1. Ms. Moore brings her claims against the Defendant for money damages as compensation for her personal injuries pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671 *et seq.*, and 28 U.S.C. §§ 1346(b)(1) and 2401. Her claims arise from the negligence of the United States through its servants, agents, and/or employees (collectively

"agents") associated with its affiliate and/or branch hospital, the U.S. Department of Veterans Affairs, Lexington VA Medical Center – Cooper Division, 1101 Veterans Drive, Lexington, Kentucky 40502 ("Lexington VA").

2. At all relevant times, the Lexington VA and its agents were deemed to be employed by, ostensible agents of, and/or acting on behalf of the United States Department of Veterans Affairs ("U.S. VA"). Accordingly, the United States is vicariously liable for the negligent acts of its deemed employees and ostensible agents, including without limitation the Lexington VA and its agents.

3. Ms. Moore presented timely notice of her claims to the United States Department of Veteran Affairs and has fully complied with the provisions of 28 U.S.C. §§ 2401(b) and 2675. More than six months have passed since her claims were received by the U.S. VA, and the U.S. VA has not made a final denial of Ms. Moore's claims. Accordingly, this matter is ripe for suit.

**PARTIES, JURISDICTION AND VENUE**

4. The Plaintiff, Willadean Moore is, and was at all relevant times, a resident of Fayette County, Kentucky.

5. The Defendant is the United States of America, which through its agency, the United States Department of Veterans Affairs, is liable for Ms. Moore's injuries which were caused by the negligent or wrongful acts and/or omissions of one or more of its employees while acting within the scope of their employment in the Eastern District of Kentucky. 28 U.S.C. § 1346(b)(1).

6. Jurisdiction is proper under 28 U.S.C. § 1346(b)(1).

7. Venue is proper under 28 U.S.C. § 1402(b).

## GENERAL ALLEGATIONS

8. On or about August 28, 2017 Ms. Moore was lawfully on the premises of the Lexington VA (the "premises").

9. On or about August 28, 2017, the Lexington VA, by and through its agents, maintained the premises in such a manner where a hallway was made unsafe and dangerous. Specifically, a trip hazard, including but not limited to a wooden pallet, was intentionally and/or negligently placed/left in the hallway, thereby creating an unreasonably dangerous condition.

10. On the aforesaid date, while Ms. Moore was lawfully on the premises and exercising due care and caution for her own safety, she tripped on the pallet and fell, and suffered severe and permanent injuries.

11. Ms. Moore, through counsel, submitted a Claim for Damage, Injury or Death (U.S. Department of Justice Standard Form 95) with the United States Department of Veteran Affairs Claims Office, on or about August 8, 2018. *See* **Exhibit A**.[1]

12. By letter dated October 19, 2018, the United States Department of Veterans Affairs acknowledged receipt of Ms. Moore's Claim as August 13, 2018. *See* **Exhibit B**.

## COUNT 1: NEGLIGENCE

13. Pursuant to Fed. R. Civ. P. 10(c), Ms. Moore hereby readopts and re-alleges all allegations in the preceding paragraphs as if fully set forth herein.

14. At all relevant times, the Lexington VA and its agents had a duty to maintain the premises, including its hallways, in a reasonably safe condition for persons lawfully on said premises, including Ms. Moore.

---

[1] This Exhibit has been redacted to obfuscate the Plaintiff's personal identifiers.

15. Disregarding its duty, the Lexington VA and its agents caused the hallway(s) to become hazardous, and/or failed to properly maintain, clean, remove, and/or clear and/or properly warn against hazards in the hallway(s), which caused the hallway(s) to become unreasonably dangerous and/or unsafe for visitors, including Ms. Moore.

16. As a result of an unreasonably dangerous condition in the hallway(s) of the Lexington VA, Ms. Moore tripped and fell, causing her injuries. Specifically, as a direct and proximate result of the presence of an unreasonably dangerous condition in the hallway(s) of the Lexington VA, Ms. Moore sustained injuries to various portions of her body including, but not limited to, her left hand, right foot, right leg, her hips, and her back, and she also sustained internal injuries.

17. The Lexington VA and its agents, having custody and control of the premises, acted with less than reasonable care and was then and there responsible for its negligent acts and/or omissions.

18. As a direct and proximate result of the Defendant's negligence, Ms. Moore has substantial permanent bodily injury, she has endured physical pain and suffering as a result of her injuries, and is reasonably certain to experience physical pain and suffering in the future.

19. As a direct and proximate result of the Defendant's negligence, Ms. Moore has and continues to experience mental anguish as a result of her injuries, and is reasonably certain to experience mental anguish in the future.

20. As a direct and proximate result of the Defendant's negligence, Ms. Moore has incurred reasonable and necessary medical expenses as a result of her injuries, and is reasonably certain to incur medical expenses in the future.

WHERFORE, the Plaintiff, Ms. Willadean Moore, hereby demands that judgment be entered in her favor and against the Defendant, the United States of America, in an amount that is adequate to compensate her for her damages sustained herein (not to exceed $403,374.84), her costs herein expended, attorney's fees, and for such other and further relief that this Court may deem proper.

>                               Respectfully submitted,
>
>                               MCBRAYER PLLC
>                               201 E. Main Street, Suite 900
>                               Lexington, KY  40507
>                               (859) 231-8780
>
>                               */s/ David J. Guarnieri*
>                               DAVID J. GUARNIERI
>                               JARON P. BLANDFORD
>                               TREVOR M. NICHOLS
>                               jblandford@mcbrayerfirm.com
>                               dguarnieri@mcbrayerfirm.com
>                               tnichols@mcbrayerfirm.com
>                               *Counsel for Plaintiff*

4841-9013-2874, v. 1